Noah G. Hillen, ISB No. 7690
CHAPTER 7 BANKRUPTCY TRUSTEE
P.O. Box 6538
Boise, Idaho 83707
Telephone (208) 297-5774
Facsimile (208) 297-5224
ngh@hillenlaw.com

UNITED STATES BANKRUPTCY COURT

DISTRICT OF IDAHO

| | |
|---|---|
| In Re:<br><br>Christopher Sebastian Bentley,<br><br>Debtors. | Case No. 15-00122-TLM<br>Chapter7<br><br>**TRUSTEE'S STATUS REPORT** |

COMES NOW, Noah G. Hillen, the chapter 7 trustee, and provides a Status Report in response to the Status Request (Dkt. No. 26) filed on January 9, 2017 as follows:

1. The Bankruptcy estate has $2,136.84 on hand.

2. Trustee has employed Special Counsel to administer a Fair Labor Standards Act claim (the "Claim"), which is being litigated in the United States District Court for the District of Idaho.

3. Special Counsel indicates that the District Court has set a February 16, 2017 hearing for Plaintiff's unopposed motion for class certification and approval of a proposed settlement with the Defendant.

4. Should the settlement be approved, and the class certified by the District Court, then notice of the proposed settlement will be sent to the class, including the bankruptcy estate.

5. Should the bankruptcy estate wish to participate in the settlement, then the Trustee anticipates filing a Motion to Approve Compromise with the Bankruptcy Court.

6. Trustee projects filing a final report on or before September 1, 2017.

Date: January 31, 2017

/s/ Noah G. Hillen
Chapter 7 Bankruptcy Trustee

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 31, 2017, I filed the foregoing electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

**Deborah Alison Gates**
boiselaw.debbie@gmail.com, msilva@nampalawyers.com

**Jeremiah Matthew Hudson**
jeremiah@frhtriallawyers.com, jason@frhtriallawyers.com;jennifer@frhtriallawyers.com

**US Trustee**
ustp.region18.bs.ecf@usdoj.gov

/s/ Noah G. Hillen